# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| MARINA GALVAN, individually and on behalf of other employees similarly situated, Plaintiff<br>v.<br>NOVAK HOSPITALITY, INC., CHIKU ENTERPRISES, INC., AND JIGNESH JAGARIA, individually, Defendants | Case No. 15-cv-3426<br><br>Judge Shadur |

## NOTICE OF VOLUNTARY DISMISSAL, WITHOUT PREJUDICE, TO CONVERT TO A DISMISSAL WITH PREJUDICE AS OF OCTOBER 28, 2015

The Plaintiff, pursuant to the Federal Rules of Civil Procedure, Rule 41(a)(1)(A)(i), the opposing party not having filed an Answer, respectfully requests that the Court dismiss all causes of action and this case in its entirety, without prejudice, with such dismissal to convert automatically to a dismissal with prejudice on October 28, 2015, absent a motion by Plaintiff to enforce the Parties' settlement of this matter.

Respectfully submitted,

s/ David E. Stevens
David E. Stevens
One of Plaintiff's Attorneys
**CONSUMER LAW GROUP, LLC**
6232 N. Pulaski, Suite 200
Chicago, IL 60646
PHONE: 312-219-6838
dstevens@yourclg.com